**February 2006**                                                                                         **2006 USBC Central District of California**

## United States Bankruptcy Court
### Central District of California

In re  **Francis Fazio**
     **Gloria J Fazio**
                                                                                       Case No.
                          Debtor(s)                                                    Chapter  **7**

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
# PURSUANT TO 11 U.S.C. § 521 (a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to one of the following statements:

I, **Francis Fazio**, the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

☐   I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
(*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

☐   I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

■   I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, **Gloria J Fazio**, the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

☐   I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
(*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

☐   I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

■   I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date **July 10, 2015**                              Signature   **/s/ Francis Fazio**
                                                                **Francis Fazio**
                                                                Debtor

Date **July 10, 2015**                              Signature   **/s/ Gloria J Fazio**
                                                                **Gloria J Fazio**
                                                                Joint Debtor